# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:17-cv-062

| | |
|---|---|
| AT&T CORP., )<br>A New York corporation, )<br> )<br>      Plaintiff, )<br> )<br>vs. )<br> )<br>JBA NETWORK, INC., )<br>A North Carolina corporation, )<br> )<br>      Defendant. )<br> ) | ORDER |

**THIS MATTER** is before the Court on Wyatt S. Stevens' Application for Admission to Practice *Pro Hac Vice* of Paul R. Franke, III. It appearing that Paul R. Franke, III is a member in good standing with the Colorado State Bar and will be appearing with Wyatt S. Stevens, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Wyatt S. Stevens' Application for Admission to Practice Pro Hac Vice (#12) of Paul R. Franke, III is GRANTED,

and that Paul R. Franke, III is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Wyatt S. Stevens.

Signed: May 16, 2017

Dennis L. Howell
United States Magistrate Judge