IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-62

| | |
|---|---|
| AT&T CORP., <br> A New York Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JBA NETWORK, INC., <br> A North Carolina Corporation <br><br> Defendant. | ORDER |

**THIS MATTER** has come before the undersigned pursuant to a motion entitled, "AT&T's Request to Hold Case in Abeyance" (#20). In the motion, the Plaintiffs request that this matter be stayed for a period of 30 days to give the parties time to complete settlement in this matter. The parties have conducted an early mediation, which was months prior to the deadline for mediation of March 15, 2018. For that reason, the motion (#30) will be allowed in part.

### ORDER

**IT IS, THEREFORE**, **ORDERED** that the Plaintiff's motion entitled AT&T's Request to Hold Case in Abeyance (#20) is **ALLOWED.** The Pretrial and Case Management Plan as ordered (#18) will be amended and modified as follows:

| | |
|---|---|
| **DEADLINES AT A GLANCE** | |
| **Expert Reports:** | **November 1, 2017 (Plaintiff)** |
| | **December 1, 2017 (Defendant)** |
| **Discovery Completion:** | **April 1, 2018** |
| **Mediation:** | **April 15, 2018** |
| **Motions:** | **May 1, 2018** |
| **Trial: 1st session beginning on or after September 10, 2018** | |

Signed: October 3, 2017

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge