# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17CV62

| | |
|---|---|
| AT&T CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JBA NETWORK, INC., ) | |
| ) | |
| Defendant, ) | |
| ) | ORDER |
| ) | |
| JBA NETWORK, INC., ) | |
| ) | |
| Counter Claimant, ) | |
| ) | |
| v. ) | |
| ) | |
| AT&T Corp., ) | |
| ) | |
| Counter Defendant. ) | |
| _____ ) | |

This matter is before the Court on the parties' Stipulated Confession of Judgment (# 34). The parties agree that the terms of their confession shall be made an express order of the Court. The parties further agree that JBA Network, Inc. ("JBA") confesses judgment in favor of AT&T Corp. ("AT&T") in the amount of $160,743.72. JBA stipulates to the dismissal with prejudice of all counterclaims alleged in its Answer and Counterclaim, which was filed with the Court on April 21, 2017. In light of the foregoing, it is ORDERED as follows:

(1) The Clerk is DIRECTED to enter Judgment in favor of AT&T and against JBA in the amount of $160,743.72;

(2)  AT&T's pending motions (# 24, 29) are dismissed as moot; and

(3)  The Clerk is DIRECTED to close the case.

Signed: April 9, 2018

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge