# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| AT&T CORP., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00062-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| JBA NETWORK, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| JBA NETWORK, INC., | ) | |
| | ) | |
| Counter Claimant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AT&T Corp., | ) | |
| | ) | |
| Counter Defendant. | ) | |
| | ) | |

DECISION BY COURT. This action having come before the Court on the parties' Stipulated Confession of Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of AT&T and against JBA in the amount of $160,743.72 in accordance with the Court's April 9, 2018 Order.

April 9, 2018

Frank G. Johns, Clerk
United States District Court